

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2019

No. 04-19-00275-CV

**IN THE INTEREST OF E.J.C, JR., S.R.C., E.D.C., CHILDREN**,
Appellant

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00862
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due to be filed on May 9, 2019. Because the reporter's record was not filed by the due date, this court issued an order dated May 14, 2019, ordering the reporter's record to be filed by May 24, 2019. TEX. R. APP. P. 35.3(c). Our order stated, "**FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**"

On May 30, 2019, the court reporter responsible for preparing the reporter's record, Ms. Elva G. Chapa, filed a notification of late record requesting an extension of time to June 14, 2019. Ms. Chapa attached a status report listing the number of records she had completed and that were still pending. The requested extension is GRANTED. The reporter's record must be filed in this appeal no later than June 14, 2019. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2019.



Keith E. Hottle,
Clerk of Court